NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YANKTON COUNTY, SOUTH DAKOTA,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2018-1566

---

Appeal from the United States Court of Federal Claims in No. 1:17-cv-00488-MMS, Chief Judge Margaret M. Sweeney.

---

## JUDGMENT

---

CHRISTOPHER HEALY, Healy Law PLLC, Carmen, ID, argued for plaintiff-appellant. Also represented by MARK V. MEIERHENRY, Meierhenry Sargent LLP, Sioux Falls, SD.

JOAN M. PEPIN, Environment and Natural Resources Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JEFFREY H. WOOD, ERIC GRANT, JOHN LUTHER SMELTZER; STACY K. BIRKEL, Office of Counsel, United States Army Corps of Engineers, Omaha, NE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 8, 2019      /s/ Peter R. Marksteiner
Date               Peter R. Marksteiner
                 Clerk of Court